IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of: | * |
| Wendell Pittman | * |
| Pepper I. Pittman | * |
| 60 Cason Rd. | * |
| Waycross, GA 31503 | * |
| | * |
| | *   Chapter 13 Case No. 10-50961-JSD |
| | * |
| Debtor(s) | * |

**WITHDRAWAL**

I hereby withdraw Trustee's Objection to Claim number 17 for HSBC Bank Nevada, N.A. filed on around February 7th, 2011.

The undersigned certifies that opposing counsel has been informed of this withdrawal.

Dated: **March 3, 2011**        /s/ *M. Elaina Massey*
                                M. Elaina Massey
                                Chapter 13 Trustee

cc:  Edward F. Smith
     PO Box 792
     Waycross, GA 31502

cc:  HSBC Bank Nevada, N.A.
     Bass & Associates, P.C.
     Attn: Officer, Manager or General Agent
     3936 E. Ft. Lowell Rd.
     Tucson, AZ 85712